JOSEPH JACOBS v. STATE.

No. A-390.     Opinion Filed February 6, 1911.

Appeal from Canadian County Court; H. L. Fogg, Judge.

The appellant was convicted in the county court of Canadian county on a charge of selling intoxicating liquor, and he appeals. Affirmed.

J. M. Frame, and Roberson & Roberson, for appellant.

PER CURIAM. No error appearing in the record prejudicial to the rights of the plaintiff in error, the judgment of the court below is affirmed.